IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Marilyn Chalfant, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-074 |
| | § | |
| Marine Military Academy, Inc., | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED, that on June 2, 2000, the Court considered the Defendants' Motion to Transfer Civil Action pursuant to Mandatory Provisions of 28 U.S.C. § 157(b)(5) filed by Debtor/Defendant Marine Military Academy, Inc. and Notice for Expedited Hearing [Dkt. No. 2]. Upon review of the Defendant's motion the Court makes the following rulings:

(1) This Court has no jurisdiction to consider the Defendants' Motion to Transfer Civil Action pursuant to Mandatory Provisions of 28 U.S.C. § 157(b)(5) Filed by Debtor/Defendant Marine Military Academy, Inc. [Dkt. No. 2], because 28 U.S.C. § 157(b)(5) vests the authority to decide whether this case should be transferred to federal court in Arizona, tried by this Court, or remanded to state court pursuant to 28 U.S.C. § 1334(c), in the United States District Court for the District of Arizona. This case is, therefore, **STAYED** until the United States District Court for the District of Arizona reaches a decision on venue;

(2) The Defendants are **ORDERED** to immediately provide a copy of this order to the United States Bankruptcy Court for the District of Arizona; and,

(3) Both Parties are **ORDERED** to notify this Court of any relevant ruling(s) made by the Bankruptcy or District Court for the District of Arizona within three business days.

DONE at Brownsville, Texas, this 2nd day of June 2000.

Hilda G. Tagle
United States District Judge