*11*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Marilyn Chalfant, et al, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-00-074 |
| Marine Military Academy, Inc., | § § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED, that on July 28, 2000, the Court **GRANTED** the Plaintiffs' Request for Transfer [Dkt. No. 10] to the United States District Court for the District of Arizona. All other motions pending before the Court are therefore **MOOT**.

DONE at Brownsville, Texas, this 28th day of July 2000.

Hilda G. Tagle
United States District Judge